150 So.2d 769

**ALVIS HOTEL, INC.**

v.

**ALVIS HOTEL OF MONROE, INC., et al.**

No. 46650.

March 25, 1963.

In re: Alvis Hotel of Monroe, Inc., et al. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Ouachita. 149 So.2d 199.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

150 So.2d 769

**Charles P. CUSH et al.**

v.

**BOSSIER CITY.**

No. 46649.

March 25, 1963.

In re: City of Bossier City applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 149 So.2d 196.

The application is denied. The judgment complained of is correct.